[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 4, 2011
JOHN LEY
CLERK

No. 11-10967
Non-Argument Calendar
_____

D.C. Docket No. 8:03-cr-00308-EAK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE JAMES CALHOUN, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 4, 2011)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Benjamin Singerman, appointed counsel for Willie James Calhoun, Jr. in his

appeal of the district court's revocation of his supervised release, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and the order revoking Calhoun's supervised release, and imposing a 23-month total term of imprisonment to be followed by a 10-month term of additional supervised release, is **AFFIRMED.**